UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Nike, Inc.

                         Plaintiff,

v.

                         Case No.: 1:22−cv−01802

                         Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's counsel has gotten into the habit of moving for a temporary restraining order, and then, two weeks later, reflexively filing a motion for a two−week extension of the TRO. Plaintiff's counsel does so as a matter of course, and has gotten too comfortable with that schedule. That bad habit creates extra burdens for the Court. It means that this Court has to handle two TRO motions per case. And Plaintiff's counsel has filed hundreds of Schedule A cases in the past two years alone. So, that habit leads to hundreds of extra motions raining down on the federal courthouse, from a single law firm. The Court forewarns Plaintiff's counsel that it is not inclined to grant any extensions, including any extensions of the TRO, so Plaintiff must be prepared to comply. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.