IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-01802 <br><br> **Hon. Steven C. Seeger** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby dismisses this action, with prejudice, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| CYYDD | 18 |
| PURUISI | 78 |
| Sports Case Store | 144 |
| ToBe-Unique | 161 |

Dated this 4th day of November 2022.   Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nike, Inc.*